UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-21454-CIV-MARTINEZ-GOODMAN

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

SHELIA SAVAGE,

        Defendant.
_____/

## NOTICE OF FILING LOAN DISCHARGE APPLICATION APPROVAL

COMES NOW the Plaintiff, UNITED STATES OF AMERICA, by and through its undersigned counsel, and submits the attached Loan Discharge Application approval letter from the U.S. Department of Education to be hereby deemed filed in the above-captioned matter.

Respectfully submitted,

Dated: November 12, 2015
Coral Gables, Florida

By: _____
Jennifer Margolis Marquez
Email: jmarquez@newmanmarquezpa.com
Florida Bar No.: 0770701
NEWMAN & MARQUEZ, P.A.
1533 Sunset Dr., Suite 225
Coral Gables, FL 33143
Telephone: (305) 665-9633
Facsimile: (305) 666-9714
Attorneys for Plaintiff

UNITED STATES OF AMERICA vs. SHELIA SAVAGE
Case No.:15-21454-CIV-MARTINEZ-GOODMAN
Page Two

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing was electronically filed on this 12 day of November, 2015. I also certify that the forgoing is being served by U.S. Mail this 12 day of November, 2015 upon all counsel or parties of record as indicated on the attached service list.

_____
Jennifer Margolis Marquez
Newman & Marquez, P.A.
Counsel for the Plaintiff

UNITED STATES OF AMERICA vs. SHELIA SAVAGE
Case No..:15-21454-CIV-MARTINEZ-GOODMAN
Page Three

## SERVICE LIST

SHELIA SAVAGE *pro se* Defendant
1816 NW 87 STREET
MIAMI, FL 33147

Jennifer Margolis Marquez, Esq.
Email: jmarquez@newmanmarquezpa.com
NEWMAN & MARQUEZ, P.A.
1533 Sunset Dr., Suite 225
Coral Gables, FL 33143
Attorneys for Plaintiff



October 28, 2015

SHELIA SAVAGE
1816 NW 87TH ST
MIAMI, FL 33147-4228



Debt No: ▮▮▮680
Account Number: ▮▮▮177

Dear Shelia Savage,

Thank you for your correspondence concerning your student loan account with the U.S. Department of Justice Florida.

You state that this debt should be discharged because the school you attended, United Business Institute, falsely certified your eligibility to borrow.

You applied for loan discharge due to the false certification of your ability to benefit from the training offered by the school. The Department determined that you qualify for false certification discharge of this debt. As a result of this determination, you are relieved of the obligation to repay the debt.

You will be refunded all monies paid by you on the discharged debt which will be sent under separate cover.

If you were in default on the discharged debt, you are no longer regarded as in default, and you should not be denied additional Title IV federal student aid because of this debt.

The Department has requested that the credit bureaus remove all information reported by the Department regarding this debt from your credit bureau report. The credit line reference will be deleted.

This discharge covers only the debt held by the Department, listed above, which you obtained to attend United Business Institute. The Department has made no determination with regard to loans held by guaranty agencies, servicers, lenders, or educational institutions. If you believe that you may be eligible for discharge of other loans, you should contact the holder of the loans.

For further information regarding this account, please contact the Department of Justice Florida at 305-961-9001.

We hope this information will be helpful to you.

Sincerely,

Default Resolution Group Servicing Center